WILLIAM S. PETERKIN, *Appellant, v.* CATHERINE COSTELLO, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.

FREDERICK A. SCHROEDER and another *Respondents, v.* JOHN LEAR and another, *Appellants.* — Order affirmed, with costs and disbursements. Opinion by PRATT, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE BOARD OF TRUSTEES OF THE VILLAGE OF FLUSHING. — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

WINIFRED COOPER, *Administratrix, etc., Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Respondent.* — Order setting aside verdict and dismissing complaint and judgment thereon reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.: PRATT, J., not sitting.

JOHN LARKIN, *v.* AGNES MISLAND, *Appellant,* and LOUISA MISLAND, *Respondent.* — Order confirming report affirmed, with costs and disbursements. Opinion by DYKMAN, J.; PRATT, J., not sitting.

BERNARD MILLER, *Appellant, v.* THE CITY OF NEWBURGH, *Respondent.* —Reargument ordered. BARNARD; P. J., not sitting.

JOHN HIGGINS, *Respondent, v.* THE GENERAL TRANS-ATLANTIC COMPANY, *Appellant.* — Order setting aside nonsuit and granting new trial reversed, with costs. Opinion by DYKMAN, J.; PRATT, J., not sitting.

JOHN D. CHRISTIE, *Respondent, v.* CHARLES W. OLDFIELD, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

DANIEL W. TRAVIS, *Respondent, v.* ELBERT P. JAMES, *Appellant.*— Order affirmed, for non-submission of papers according to order of General Term.

ELIAS HOWARD, *as General Guardian, etc., Appellant, v.* PHEBE STILLWELL and others, *Respondents.* — Order admitting to probate will of George Stillwell affirmed, with costs. Opinion by BARNARD, P. J.

ERNST W. FISCHER and others, *Appellants, v.* WILHELMINA MOHR, *Respondent.* — Decree of surrogate reversed and proceedings remitted. Opinion by BARNARD, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* —— SMITH *v.* EMIL SCHIELLEIN and others.—Order granting writ of *mandamus* affirmed, upon opinion at Special Term. DYKMAN, J., dissenting.

EDWARD C. PEASE, *Respondent, v.* WILLIAM KENNY and another, *Appellants.* — Judgment reversed and new trial granted, costs to abide event. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

IN THE MATTER OF THE DISTRIBUTION OF SURPLUS MONEYS OF JOHN C. ZAHRT. — Decree of surrogate affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.